# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MARIA AGUILAR,

       Plaintiff,

   v.

BOULDER BRANDS, INC., et al.

       Defendants.

Case No.:   12cv1862 BTM (BGS)

**ORDER GRANTING DEFENDANTS' MOTION TO STAY CLASS CERTIFICATION**

On January 10, 2014, Plaintiff moved to certify a class. (Doc. 52). In response, Defendants filed a motion to stay class certification (Doc. 54) and a subsequent motion to have their motion to stay heard on an expedited basis (Doc. 55). Plaintiff thereafter filed a notice of non-opposition to Defendants' motion to stay. (Doc. 57).

Defendants argue that Plaintiff's motion to certify a class should be stayed because the motion relies on Plaintiff's proposed Second Amended Complaint, which the Court has not yet granted leave to file. Defendants contend they should

- 1 -

not be forced to undertake fact and expert discovery based on claims that are not yet operative.

In light of Plaintiff's non-opposition, the Court need not wait for the scheduled hearing date and will rule presently. Accordingly, Defendant's motion to shorten time (Doc. 55) is DENIED as moot. Defendant's motion to stay (Doc. 54) is GRANTED. Plaintiff's motion to certify a class (Doc. 52) is DENIED without prejudice. Plaintiff may seek a new hearing date and refile her motion to certify a class after the Court rules on her motion for leave to file a second amended complaint. Plaintiff may rely on her previously filed papers if she indicates such reliance in her notice of motion.

IT IS SO ORDERED.

Dated: February 5, 2014

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court

- 2 -