Neil R. O'Hanlon (Bar No. 67018)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: 310.785.4660
Fax: 310.785.4601
E-mail: neil.ohanlon@hoganlovells.com

Steven P. Hollman (*Admitted Pro Hac Vice*)
Robert B. Wolinsky (*Admitted Pro Hac Vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel: 202.637.5672

*Counsel for Defendants Boulder Brands, Inc. and GFA Brands, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MITCHELL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOULDER BRANDS, INC., (formerly known as SMART BALANCE, INC.), and GFA BRANDS, INC.,<br><br>Defendants. | Case No.: 3:12-cv-01862-BAS-BGS<br><br>Hon. Cynthia A. Bashant<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities in Support of Motion to Dismiss Second Amended Complaint]<br><br>**DATE: November 24, 2014**<br>**TIME: 10:30 a.m.**<br>**COURTROOM: 4B**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that on November 24, 2014 at 10:30 A.M., or as soon thereafter as counsel may be heard, in Courtroom 4B before the Hon. Cynthia A. Bashant, located at 221 West Broadway, San Diego, California 92101, Defendants Boulder Brands, Inc. and GFA Brands, Inc. (collectively, "Defendants") will and do hereby move the Court to dismiss the Second Amended Complaint of Plaintiff Elizabeth Mitchell.  This motion is made on the ground that the Second Amended Complaint fails to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

  This motion is based on the following:

  (a) This Notice of Motion and Motion to Dismiss Second Amended Class Action Complaint;

  (b) The accompanying Memorandum of Points and Authorities in Support of Motion to Dismiss Second Amended Class Action Complaint, and exhibits attached thereto; and

  (c) The pleadings, records and files herein

DATED:  October 14, 2014          Respectfully submitted,

/s/ *Steven P. Hollman*
Neil R. O'Hanlon (Bar No. 67018)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: 310.785.4660
Fax: 310.785.4601
E-mail: neil.ohanlon@hoganlovells.com

Steven P. Hollman (*Admitted Pro Hac Vice*)
Robert B. Wolinsky (*Admitted Pro Hac Vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel: 202.637.5672

1
2
                                                Fax: 202.637.5910
                                                E-mail: steven.hollman@hoganlovells.com
                                                E-mail: robert.wolinsky@hoganlovells.com

3
4
                                                *Counsel for Defendants Boulder Brands, Inc.*
                                                *and GFA Brands, Inc.*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
2

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I electronically filed the foregoing NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list. I further hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to any non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2014 in Washington, D.C.

/s/ *Steven P. Hollman*
Steven P. Hollman (*Admitted Pro Hac Vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel: 202.637.5672
Fax: 202.637.5910
E-mail: steven.hollman@hoganlovells.com