UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MITCHELL, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOULDER BRANDS, INC., (formerly known as Smart Balance, Inc.) and GFA BRANDS, INC.,<br><br>Defendants. | No. 3:12-cv-01862-BAS-BGS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES Elizabeth Mitchell ("Plaintiff") and Boulder Brands, Inc., and GFA Brands, Inc. (together, "Defendants") to enter into the following Joint Stipulation of Dismissal with Prejudice in the above-captioned case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff stipulates that all claims asserted herein against Defendants should be dismissed with prejudice.

THEREFORE Plaintiff and Defendants stipulate and jointly propose that this Court approve the Agreed Order of Dismissal with Prejudice submitted herewith.

Dated: August 7, 2015                              Respectfully submitted,

FINKELSTEIN BLANKINSHIP,
FREI-PEARSON & GARBER, LLP

By: _____
Todd S. Garber
D. Gregory Blankinship
Jeremiah Frei-Pearson
1311 Mamaroneck Avenue, Suite 220
White Plains, New York 10605
Tel: (914) 298-3281
Fax: (914) 824-1561

-AND-

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC**

By: _____
Manfred Patrick Meucke, Jr.
Patricia N. Syverson
Elaine A. Ryan
Lindsay Gomez-Gray
600 West Broadway, Suite 900
San Diego, CA 92101
Tel: (619) 756-7748
Fax: (602) 274-1199
mmuecke@bffb.com
psyverson@bffb.com
eryan@bffb.com
lgomez@bffb.com

-AND-

**BOODELL & DOMANSKIS, LLC**

By: _____ for
Stewart Weltman
Max A. Stein
353 North Clark Street, Suite 1800
Chicago, IL 60654
Tel: (312) 938-4070
Fax: (312) 540-1162
sweltman@boodlaw.com
mstein@boodlaw.com

*Attorneys for Plaintiff*

**HOGAN LOVELLS US LLP**

By: _____
Neil R. O'Hanlon (Bar No. 67018)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4660
Fax: (310) 785-4601
neil.ohanlon@hoganlovells.com

2

Steven P. Hollman, Esq. (*pro hac vice*)
Robert B. Wolinsky, Esq. (*pro hac vice*)
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
steven.hollman@hoganlovells.com
robert.wolinsky@hoganlovells.com

*Attorneys for Defendants*